# Third District Court of Appeal

## State of Florida

Opinion filed June 25, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1856
Lower Tribunal No. 24-56201-CC-23
_____

**Edgar Morales,**
Appellant,

vs.

**LVNV Funding LLC,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Edgar Morales, in proper person.

No appearance, for appellee.

Before FERNANDEZ, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Empire Pro Restoration, Inc. v. Citizens Prop. Ins.

Corp., 322 So. 3d 96, 97 (Fla. 4th DCA 2021) ("The standard of review of an order granting summary judgment is de novo." (quoting Bogatov v. City of Hallandale Beach, 192 So. 3d 600, 601 (Fla. 4th DCA 2016))); Bechor v. Simcenter, Inc., 394 So. 3d 666, 669 (Fla. 3d DCA 2024) ("'A party opposing summary judgment must do more than simply show that there is some metaphysical doubt as to the material facts,' and 'if the evidence is merely colorable, or is not sufficiently probative, summary judgment may be granted.'" (quoting In re Amends. to Fla. Rule of Civ. Proc. 1.510, 309 So. 3d 192, 194 (Fla. 2020))); Rohart v. Int'l Keys Realty, LLC, 390 So. 3d 188, 188 (Fla. 3d DCA 2024) ("[A] party's uncorroborated self-serving testimony cannot prevent summary judgment, particularly if the overwhelming documentary evidence supports the opposite scenario." (Quoting Rural Int'l Bank Ltd. v. Key Fin. Inv. Grp. LLC, No. 16-22280-Civ, 2017 WL 5891463, at *5 (S.D. Fla. Oct. 24, 2017))).